AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00261 |
| Isaiah Farnsworth | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 11/29/2022 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Isaiah Farnsworth_____,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2), and (4) - Remaining in a Restricted Building, Impede Official Functions, and Engaging in Physical Violence;
40 U.S.C. § 5104(e)(2)(D), (F), and (G) - Disorderly Conduct in a Capitol Building, Physical Violence, Parading through a Capitol Building;
18 U.S.C. §§ 1361 and 2 - Injuring or Depredating Government Property, Aiding and Abetting.

Date:   11/29/2022                                      2022.11.29 17:26:58 -05'00'
                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                      Zia M. Faruqui, United States Magistrate Judge
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/5/22, and the person was arrested on *(date)* 12/5/22
at *(city and state)* McDonald, TN.

Date: 12/5/22
                                                        *Arresting officer's signature*

                                                        Matthew Beaupain, FBI SA
                                                        *Printed name and title*